| | |
|---|---|
| 1 | RICHARD T. MULLOY (Bar No. 199278) |
| | richard.mulloy@dlapiper.com |
| 2 | EDWARD H. SIKORSKI (Bar No. 208576) |
| | ed.sikorski@dlapiper.com |
| 3 | **DLA PIPER LLP (US)** |
| | 401 B Street, Suite 1700 |
| 4 | San Diego, California 92101-4297 |
| | Telephone: 619.699.2700 |
| 5 | Facsimile: 619.699.2701 |
| 6 | AMY H. WALTERS (Bar No. 286022) |
| | amy.walters@dlapiper.com |
| 7 | **DLA PIPER LLP (US)** |
| | 2000 University Avenue |
| 8 | East Palo Alto, CA 94303-2215 |
| | Tel: 650.833.2000 |
| 9 | Fax: 650.833.2001 |
| 10 | Attorneys for Defendant |
| | NIKE, INC. |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA,

OAKLAND DIVISION

| | |
|---|---|
| CELLSPIN SOFT, INC., | CASE NO. 17-cv-05931-YGR |
| Plaintiff, | **DECLARATION OF RICHARD T. MULLOY IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS PLAINTIFF CELLSPIN SOFT, INC.'S COMPLAINTS** |
| v. | |
| NIKE, INC., | |
| Defendant. | Date: March 6, 2018 |
| | Time: 2:00 p.m. |
| | Dept.: Courtroom 1, 4th Floor |
| | Judge: Hon. Yvonne Gonzalez Rogers |
| CELLSPIN SOFT, INC. | CASE NO. 17-cv-05928-YGR |
| Plaintiff, | |
| v. | |
| FITBIT, INC., | |
| Defendant. | |

| | |
|---|---|
| CELLSPIN SOFT, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>MOOV, INC.<br><br>　　　　　Defendant. | CASE NO.  17-cv-05929-YGR |
| CELLSPIN SOFT, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>FOSSIL GROUP, INC.,<br><br>　　　　　Defendant. | CASE NO. 17-cv-05933-YGR |
| CELLSPIN SOFT, INC.<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TOMTOM, INC., et al.,<br><br>　　　　　Defendant. | CASE NO. 17-cv-05937-YGR |
| CELLSPIN SOFT, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>　　　　　Defendant. | CASE NO. 17-cv-05939-YGR |

| | | |
|---|---|---|
| 1 | CELLSPIN SOFT, INC., | CASE NO. 17-cv-5941-YGR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | PANASONIC CORPORATION OF NORTH AMERICA, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | CELLSPIN SOFT, INC., | CASE NO. 17-cv-5938-YGR |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | CANON U.S.A., INC., | |
| 11 | Defendant. | |
| 12 | | CASE NO. 17-cv-06881-YGR |
| 13 | CELLSPIN SOFT, INC. | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | JK IMAGING LTD., | |
| 17 | Defendant. | |

I, Richard T. Mulloy, submit this declaration in support of Defendants' Motion to Dismiss Plaintiff Cellspin Soft, Inc.'s Complaint ("Motion") and declare as follows:

1. I am a partner at the law firm of DLA Piper LLP (US), attorneys of record for Defendant Nike, Inc. ("Nike"). If called as a witness, I could and would testify competently to the facts set forth in this declaration.

2. Attached as Exhibit 1 is a true and correct copy of U.S. Patent No. 8,738,794.

3. Attached as Exhibit 2 is a true and correct copy of U.S. Patent No. 8,892,752.

4. Attached as Exhibit 3 is a true and correct copy of U.S. Patent No. 9,749,847.

5. Attached as Exhibit 4 is a true and correct copy of U.S. Patent No. 9,258,698.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. This declaration is executed on January 16, 2018, at San Diego, California.

      */s/ Richard T. Mulloy*