1  RICHARD T. MULLOY (Bar No. 199278)
   richard.mulloy@dlapiper.com
2  EDWARD H. SIKORSKI (Bar No. 208576)
   ed.sikorski@dlapiper.com
3  **DLA PIPER LLP (US)**
   401 B Street, Suite 1700
4  San Diego, California  92101-4297
   Telephone:  619.699.2700
5  Facsimile:  619.699.2701

6  AMY H. WALTERS (Bar No. 286022)
   amy.walters@dlapiper.com
7  **DLA PIPER LLP (US)**
   2000 University Avenue
8  East Palo Alto, CA  94303-2215
   Tel:  650.833.2000
9  Fax:  650.833.2001

10 Attorneys for Defendant
   NIKE, INC.

11

12                    UNITED STATES DISTRICT COURT

13                    NORTHERN DISTRICT OF CALIFORNIA,

14                              OAKLAND DIVISION

15

16 | | |
|---|---|
| CELLSPIN SOFT, INC., | CASE NO.  17-cv-05931-YGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO DISMISS PLAINTIFF CELLSPIN SOFT, INC.'S COMPLAINTS** |
| v. | |
| NIKE, INC., | Date:    March 6, 2018 |
| Defendant. | Time:    2:00 p.m. |
| | Dept.:   Courtroom 1, 4th Floor |
| | Judge:   Hon. Yvonne Gonzalez Rogers |
| CELLSPIN SOFT, INC. | CASE NO. 17-cv-05928-YGR |
| Plaintiff, | |
| v. | |
| FITBIT, INC., | |
| Defendant. | |

| | |
|---|---|
| CELLSPIN SOFT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>MOOV, INC.<br><br>          Defendant. | CASE NO. 17-cv-05929-YGR |
| CELLSPIN SOFT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>FOSSIL GROUP, INC.,<br><br>          Defendant. | CASE NO. 17-cv-05933-YGR |
| CELLSPIN SOFT, INC.<br><br>          Plaintiff,<br><br>v.<br><br>TOMTOM, INC., et al.,<br><br>          Defendant. | CASE NO. 17-cv-05937-YGR |
| CELLSPIN SOFT, INC.,<br><br>          Plaintiff,<br><br>v.<br><br>GOPRO, INC.,<br><br>          Defendant. | CASE NO. 17-cv-05939-YGR |

| | | |
|---|---|---|
| 1 | CELLSPIN SOFT, INC., | CASE NO. 17-cv-5941-YGR |
| 2 | Plaintiff, | |
| 3 | v. | |
| 4 | PANASONIC CORPORATION OF NORTH AMERICA, | |
| 5 | | |
| 6 | Defendant. | |
| 7 | CELLSPIN SOFT, INC., | CASE NO. 17-cv-5938-YGR |
| 8 | Plaintiff, | |
| 9 | v. | |
| 10 | CANON U.S.A., INC., | |
| 11 | Defendant. | |
| 12 | | CASE NO. 17-cv-06881-YGR |
| 13 | CELLSPIN SOFT, INC. | |
| 14 | Plaintiff, | |
| 15 | v. | |
| 16 | JK IMAGING LTD., | |
| 17 | Defendant. | |

1   Having considered Defendants NIKE, Inc. ("Nike"), Fitbit, Inc. ("Fitbit"), Moov, Inc.
2   d/b/a Moov Fitness Inc. ("Moov"), Fossil Group, Inc. ("Fossil"), Misfit Inc. ("Misfit"), TomTom,
3   Inc. ("TomTom"), GoPro, Inc. ("GoPro"), Canon U.S.A., Inc. ("Canon"), Panasonic Corporation
4   of North America ("Panasonic"), and JK Imaging Ltd. ("JK Imaging") (collectively,
5   "Defendants") Motion to Dismiss Plaintiff Cellspin Soft, Inc.'s Complaints ("Motion"), the
6   Motion is GRANTED. The claims of the Asserted Patents are invalid under 35 U.S.C. § 101 as
7   directed to ineligible subject matter, and Plaintiff accordingly has failed to state a claim upon
8   which relief can be granted.  IT IS HEREBY ORDERED that Plaintiff's Complaints are
9   dismissed with prejudice pursuant to Fed. R. Civ. P. 12(b)(6).
10  IT IS SO ORDERED.

13  Dated: _____, 2018
14                                              YVONNE GONZALEZ ROGERS
                                                United States District Court Judge