# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

CELLSPIN SOFT, INC.

    Plaintiff,

  v.

GOPRO, INC.,

    Defendant.

Case No. 17-cv-05939-YGR

**[PROPOSED] JUDGMENT PURSUANT TO ORDER RE: OMNIBUS MOTION TO DISMISS**

This action having come before the Court, and pursuant to the Court's Order (Dkt. No. 70) granting Defendant GoPro, Inc.'s ("GoPro") Motion to Dismiss (Dkt. No. 31) finding all asserted claims of U.S. Patent Nos. 8,738,794 (the "'794 Patent"), 8,892,752 (the "'752 Patent"), 9,749,847 (the "'847 Patent") and 9,258,698 ("the 698 Patent") directed to patent-ineligible subject matter and therefore invalid pursuant to 35 U.S.C. § 101—IT IS HEREBY ADJUDGED AND ORDERED that:

For the reasons set forth in the Court's Order on April 3, 2018 (Dkt. No. 70), claims 1–4, 7, 9, 16–18, and 20–21 from the '794 Patent, claims 1, 2, 4, 5, and 12–14 from the '752 Patent, claims 1-3 from the '847 Patent, and claims 1,3, 4, 5, 7, 8, 10, 11, 12, 13, 15, 16, 17, 18, 19, and 20 from the '698 Patent are invalid pursuant to 35 U.S.C. § 101.

The foregoing claims of the '698 Patent represent all pending claims at issue in this case.

WHEREFORE JUDGMENT is entered in this case in favor of Defendant GoPro and against Plaintiff Cellspin Soft, Inc., rendering GoPro the prevailing party in the above-captioned action.

Dated: April 10, 2018

                        YVONNE GONZALEZ ROGERS
                        UNITED STATES DISTRICT JUDGE