# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **CELLSPIN SOFT, INC.,** | CASE NO. 17-cv-05939-YGR |
| Plaintiff, | |
| vs. | **ORDER DIRECTING FURTHER SUBMISSION IN SUPPORT OF MOTION FOR ATTORNEY'S FEES** |
| **GOPRO, INC.,** | Re: Dkt. No. 76 |
| Defendant. | |

Defendant has filed a Motion for Attorney's Fees. (Dkt. No. 76.) The motion does not comply with the requirement(s) of Civil Local Rule 54-5 as follows:

\_\_\_\_ moves for awards of attorney's fees outside of the 14-day window following entry of judgment by the Court. *See* Civ. L. R. 54-4(a).

❌ is not supported by declarations or affidavits that contain:

> \_\_\_\_ a statement that counsel have met and conferred for the purpose of attempting to resolve any disputes with respect to the motion or a statement that no conference was held, with certification that the applying attorney made a good faith effort to arrange such a conference, setting forth the reason the conference was not held. *See* Civ. L. R. 54-4(b)(1).

> ❌ a statement of the services rendered by each person for whose services fees are claimed together with a summary of the time spent by each person, and a statement describing the manner in which time records were maintained. *See* Civ. L. R. 54-4(b)(2).

> \_\_\_\_ a brief description of relevant qualifications and experience and a statement of the customary hourly charges of each such person or of comparable prevailing hourly rates or other indication of value of the services. *See* Civ. L. R. 54-4(b)(3).

Defendant is **DIRECTED TO FILE** supplemental documents to cure the defects identified above not later than **Monday, May 7, 2018**.  Failure to do so may result in an automatic denial of the Motion for Attorney's Fees.

**IT IS SO ORDERED.**

Dated: April 27, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**