**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
<u>**CIVIL MINUTES**</u>

| Date:  6/12/2018 | Time: 1:04pm- 2:01pm [total for all related cases] | Judge: YVONNE GONZALEZ ROGERS |
|---|---|---|
| **Case No.**: **17-cv-05928-YGR**<br><br>Case No. : **17-cv-5929-YGR :** Cellspin Soft, Inc. v. MOOV, Inc.<br><br>**17-cv-5931-YGR :** Cellspin Soft, Inc. v. Nike, Inc.<br><br>**17-cv-5933-YGR :** Cellspin Soft, Inc. v. Fossil Group, Inc. et al.<br><br>**17-cv-5938-YGR:** Cellspin Soft, Inc. v. Canon U.S.A. Inc.<br><br>**17-cv-5939-YGR:** Cellspin Soft, Inc. v. GoPro Inc.. | **Case Name: Cellspin Soft, Inc. v. Fitbit, Inc.** | |

**Attorney for Plaintiff:** SEE ATTACHED

**Attorney for Defendant:** SEE ATTACHED

**Deputy Clerk:** Frances Stone                                   **Court Reporter: SARAH  GOEKLER**

### PROCEEDINGS

Defendant Fitbit Inc.'s  Motion for Attorney Fees [ Dkt. no. 85] -HELD and  SUBMITTED

Defendant Moov Inc.'s Motion for Attorney Fees  [Dkt. no. 73]-HELD and SUBMITTED

Defendant Nike, Inc.'s Motion for Attorney Fees  [Dkt. no. 73]-HELD and SUBMITTED
*CONTINUED ON PAGE TWO*

**PAGE TWO**

Defendant Fossil Group, Inc.'s Motion for Attorney Fees  [Dkt. no.92]-HELD and SUBMITTED

Defendant Canon U.S.A. Inc.'s Motion for Attorney [Fees  Dkt. no.79]-HELD and SUBMITTED

Defendant GoPro Inc.'s Motion for Attorney Fees [ Dkt. no.76] -HELD and SUBMITTED


**Order to be prepared by: Court**