# CELLSPIN SOFT INC. RELATED CASES
## MOTION HEARING ON JUNE 12, 2018

17-cv-5928-YGR; 17-cv-5929-YGR; 17-cv-5931-YGR; 17-cv-5933-YGR; 17-cv-5938-YGR; 17-cv-5939-YGR

### SIGN IN SHEET FOR COUNSEL
### FOR PLAINTIFFS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| Plaintiff Cellspin | All cases above | John J Edmonds | Collins Edmonds |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

# CELLSPIN SOFT INC. RELATED CASES
## MOTION HEARING ON JUNE 12, 2018

17-cv-5928-YGR; 17-cv-5929-YGR; 17-cv-5931-YGR; 17-cv-5933-YGR; 17-cv-5938-YGR; 17-cv-5939-YGR

### SIGN IN SHEET FOR COUNSEL
### FOR DEFENDANTS

| Counsel For: | Case Name/No: | Attorney Name | Firm Name |
|---|---|---|---|
| Canon U.S.A., Inc. | Cellspin Soft, Inc. v. Canon U.S.A. Inc. 17-cv-05938 | Jeffrey Ung | Quinn Emanuel LLP |
| Fossil + Misfit | 17-cv-05933 | Ricardo Bonilla | Fish & Richardson PC |
| Fossil & Misfit | 17-cv-05933 | Dalia Kothari | Fish & Richardson |
| Nike | 17-cv-05931 | Rick Mulloy | DLA Piper |
| Fitbit | 17-cv-05928 | Shane Brun | Goodwin |
| Moov | 17-cv-05929 | Shane Brun | Goodwin |
| GoPro | 17-cv-05939 | Dan McCloskey | Duane Morris |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |



COLLINS EDMONDS
Collins Edmonds Schlather & Tower PLLC

# John J. Edmonds
jedmonds@ip-lit.com

1616 South Voss Road Suite 125
Houston Texas 77057
713.364.5291


FISH & RICHARDSON

**Ricardo J. Bonilla**
Attorney
rbonilla@fr.com

214 292 4012 direct
972 213 6281 mobile
214 747 5070 main
214 747 2091 fax

Fish & Richardson P.C.
1717 Main Street
Suite 5000
Dallas, TX 75201

*fishlitigationblog.com*

# quinn emanuel trial lawyers | los angeles

**Jeffrey J. Ung** Attorney at Law
quinn emanuel urquhart & sullivan, llp
865 South Figueroa Street, 10th Floor, Los Angeles, California 90017
DIRECT 213-443-3045 | TEL 213-443-3000 | FAX 213-443-3100
EMAIL jeffreyung@quinnemanuel.com | www.quinnemanuel.com

Case 4:17-cv-05939-YGR   Document 86-1   Filed 06/12/18   Page 3 of 4

Goodwin Procter LL
Three Embarcadero Cente
San Francisco, CA 9411

**SHANE BRUN**
Partner
sbrun@goodwinlaw.com
o +1 415 733 6074
f +1 415 390 7965



**Dalia Kothari**
Attorney
kothari@fr.com

650 839 5166 direct
650 839 5070 main
650 839 5071 fax

Fish & Richardson P.C.
500 Arguello Street
Suite 500
Redwood City, CA 94063